THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRANQUILLI, | Case No.  1:08-CV-429-LJO-GSA |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| WOLF 49ers ENTERPRISES, INC., | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

| | |
|---|---|
| Date: | Date: |
| S/Douglas Tucker | S/Thomas N. Stewart, III |
| Attorney for Defendant | Attorney for Plaintiff |

**ORDER**

Pursuant to the parties' stipulation, this action is dismissed with prejudice.  The clerk is directed to CLOSE this action.

IT IS SO ORDERED.

1:08-CV-429-LJO-GSA                              1

**Dated:   August 5, 2008**               /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE